IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HH LIQUIDATION, LLC, *et al.*,[1] | ) Case No.: 15-11874 (KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HH LIQUIDATION, LLC, *et al.*, | ) |
| | ) |
| | ) Adv. No. 16-51204 (KG) |
| Plaintiffs, | ) |
| | ) |
| - against - | ) |
| | ) |
| COMVEST GROUP HOLDINGS, LLC, COMVEST INVESTMENT PARTNERS III, L.P., COMVEST INVESTMENT PARTNERS IV, L.P., COMVEST HAGGEN HOLDINGS III, LLC, COMVEST HAGGEN HOLDINGS IV, LLC, COMVEST ADVISORS, LLC, HAGGEN PROPERTY HOLDINGS, LLC, HAGGEN PROPERTY SOUTH, LLC, HAGGEN PROPERTY NORTH, LLC, HAGGEN PROPERTY HOLDINGS II, LLC, HAGGEN SLB, LLC, JOHN CAPLE, CECILIO RODRIGUEZ, MICHAEL NIEGSCH, JOHN CLOUGHER, BLAKE BARNETT, WILLIAM SHANER and DERRICK ANDERSON, | ) |
| | ) |
| Defendants. | ) |

**Objection Deadline: March 24, 2017 at 4:00 p.m.**
**Hearing Date: April 5, 2017 at 2:00 p.m.**

## NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY DEBTORS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HH Liquidation, LLC (f/k/a Haggen Holdings, LLC) (7558); HH Operations, LLC (f/k/a Haggen Operations Holdings, LLC) (6341), HH OpCo South, LLC (f/k/a Haggen OpCo South, LLC) (7257), HH OpCo North, LLC (f/k/a Haggen OpCo North, LLC) (5028), HH Acquisition, LLC (f/k/a Haggen Acquisition, LLC) (7687), and HH Legacy, Inc. (f/k/a Haggen, Inc.) (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

DOCS_DE:212664.1 33152/003

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") in the above-referenced case, filed and served on March 9, 2017 the *Motion to Compel Production of Documents by Debtors* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objection or response to the Motion must be made in writing, and be filed with the Bankruptcy Court, at 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **March 24, 2017 at 4:00 p.m. Eastern time** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that at the same time, you must also serve a copy of the response or objection upon the undersigned counsel on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **APRIL 5, 2017 AT 2:00 P.M. EASTERN TIME** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: March 10, 2017 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Robert J. Feinstein (admitted *pro hac vice*)<br>John A. Morris (admitted *pro hac vice*)<br>Colin Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P. O. Box 8705<br>Wilmington, DE  19899 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>E-mail: bsandler@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>jmorris@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |