IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| HH LIQUIDATION, LLC, *et al.*,[1] ) | Case No.: 15-11874 (KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Re: Docket No. __** |
| OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS OF HH LIQUIDATION, LLC, *et* ) | |
| *al.*, ) | |
| ) | Adv. No. 16-51204 (KG) |
| Plaintiffs, ) | |
| ) | |
| - against - ) | |
| ) | |
| COMVEST GROUP HOLDINGS, LLC, ) | |
| COMVEST INVESTMENT PARTNERS III, ) | |
| L.P., COMVEST INVESTMENT PARTNERS ) | |
| IV, L.P., COMVEST HAGGEN HOLDINGS III, ) | |
| LLC, COMVEST HAGGEN HOLDINGS IV, ) | |
| LLC, COMVEST ADVISORS, LLC, HAGGEN ) | |
| PROPERTY HOLDINGS, LLC, HAGGEN ) | |
| PROPERTY SOUTH, LLC, HAGGEN ) | |
| PROPERTY NORTH, LLC, HAGGEN ) | |
| PROPERTY HOLDINGS II, LLC, HAGGEN ) | |
| SLB, LLC, JOHN CAPLE, CECILIO ) | |
| RODRIGUEZ, MICHAEL NIEGSCH, JOHN ) | |
| CLOUGHER, BLAKE BARNETT, WILLIAM ) | |
| SHANER and DERRICK ANDERSON, ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEBTORS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HH Liquidation, LLC (f/k/a Haggen Holdings, LLC) (7558); HH Operations, LLC (f/k/a Haggen Operations Holdings, LLC) (6341), HH OpCo South, LLC (f/k/a Haggen OpCo South, LLC) (7257), HH OpCo North, LLC (f/k/a Haggen OpCo North, LLC) (5028), HH Acquisition, LLC (f/k/a Haggen Acquisition, LLC) (7687), and HH Legacy, Inc. (f/k/a Haggen, Inc.) (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

DOCS_LA:304269.9 33152/003

Upon consideration of the Official Committee of Unsecured Creditors' Motion to Compel Production of Documents by Debtors (the "Motion"),[2] filed by the Official Committee of Unsecured Creditors (the "Committee"); and the Court having considered the Motion and having found that, due notice of the Motion has been given and no further notice need be given; the relief sought in the Motion is in the best interests of the Debtors' estates and creditors; and good and sufficient cause existing therefore, IT IS HEREBY

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Debtors in the above-referenced cases shall produce the Withheld Information to the Committee within three (3) business days of the entry of this order.

Dated: _____, 2017

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

---

[2] Capitalized terms not otherwise defined shall have the meaning ascribed to them in the Motion.