# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HH LIQUIDATION, LLC, *et al.*, | ) | Case No.: 15-11874 (KG) |
| | ) | (Jointly Administered) |
| <u>Debtors.</u> | ) | |
| OFFICIAL COMMITTEE OF UNSECURED | ) | |
| CREDITORS OF HH LIQUIDATION, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. No. 16-51204 (KG) |
| | ) | |
| COMVEST GROUP HOLDINGS, LLC, COMVEST | ) | |
| INVESTMENT PARTNERS III, L.P., COMVEST | ) | |
| INVESTMENT PARTNERS IV, L.P., COMVEST | ) | |
| HAGGEN HOLDINGS III, LLC, COMVEST | ) | |
| HAGGEN HOLDINGS IV, LLC, COMVEST | ) | |
| ADVISORS, LLC, HAGGEN PROPERTY | ) | |
| HOLDINGS, LLC, HAGGEN PROPERTY SOUTH, | ) | |
| LLC, HAGGEN PROPERTY NORTH, LLC, HAGGEN | ) | |
| PROPERTY HOLDINGS II, LLC, HAGGEN SLB, | ) | |
| LLC, JOHN CAPLE, CECILIO RODRIGUEZ, | ) | |
| MICHAEL NIEGSCH, JOHN CLOUGHER, BLAKE | ) | |
| BARNETT, WILLIAM SHANER and | ) | |
| DERRICK ANDERSON, | ) | |
| | ) | |
| <u>Defendants.</u> | ) | **Re:  D.I. 142** |

## ORDER

The Official Committee of Unsecured Creditors of HH Liquidation, LLC, and others on whose behalf they are acting (the "Committee") brought suit against a number of defendants (the "Defendants") captioned above, for damages arising from the unsuccessful purchase of grocery stores from Albertson's, LLC, Albertson's Holdings LLC and Safeway, Inc.

The Court denied the Defendants' motion for summary judgment and conducted a five day trial. The Committee and the Defendants then submitted proposed findings of fact and conclusions of law.

The Court heard argument on the parties' submissions and has now issued its Findings of Fact and Conclusions of Law. For the reasons stated therein, IT IS HEREBY ORDERED that the relief requested in the Complaint is denied and the adversary proceeding is dismissed.

Dated: January 22, 2018

_____
KEVIN GROSS, U.S.B.J.