## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HH LIQUIDATION, LLC, *et al.*,[1] | Case No. 15-11874 (KG) |
| Debtors. | (Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS on behalf of the bankruptcy estate of HH LIQUIDATION, LLC, *et al.*, | Adv. No. 16-51204 (KG) |
| Plaintiff, | |
| v. | |
| COMVEST GROUP HOLDINGS, LLC, COMVEST INVESTMENT PARTNERS III, L.P., COMVEST INVESTMENT PARTNERS IV, L.P., COMVEST HAGGEN HOLDINGS III, LLC, COMVEST HAGGEN HOLDINGS IV, LLC, COMVEST ADVISORS, LLC, HAGGEN PROPERTY HOLDINGS, LLC, HAGGEN PROPERTY SOUTH, LLC, HAGGEN PROPERTY NORTH, LLC, HAGGEN PROPERTY HOLDINGS II, LLC, HAGGEN SLB, LLC, JOHN CAPLE, CECILIO RODRIGUEZ, MICHAEL NIEGSCH, JOHN CLOUGHER, BLAKE BARNETT, WILLIAM SHANER and DERRICK ANDERSON, | |
| Defendants. | |

## STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HH Liquidation, LLC (f/k/a Haggen Holdings, LLC) (7558), HH Operations, LLC (f/k/a Haggen Operations Holdings, LLC) (6341), HH Opco South, LLC (f/k/a Haggen Opco South, LLC) (7257), HH Opco North, LLC (f/k/a Haggen Opco North, LLC) (5028), HH Acquisition, LLC (f/k/a Haggen Acquisition, LLC) (7687), and HH Legacy, Inc. (f/k/a Haggen, Inc.) (4583). The mailing address for each of the Debtors is 26895 Aliso Creek Road, Suite B-1003, Aliso Viejo, California 92656.

IT IS HEREBY STIPULATED AND AGREED, by and among (i) the Official Committee of Unsecured Creditors on behalf of the bankruptcy estate of HH Liquidation, LLC, et al. ("Plaintiff"); (ii) Comvest Group Holdings LLC, Comvest Advisors, LLC, Comvest Investment Partners III, LP, Comvest Investment Partners IV, LP, Comvest Investment Partners IV-A, LP, Comvest Haggen Holdings III, LLC, and Comvest Haggen Holdings IV, LLC (collectively, "Comvest"); (iii) HH Property Holdings, LLC (f/k/a Haggen Property Holdings, LLC), HH Property South, LLC (f/k/a Haggen Property South, LLC), and HH Property North, LLC (f/k/a Haggen Property North, LLC) (collectively, the "Propco Entities"); and (iv) John Caple, Cecilio Rodriguez, Michael Niegsch, John Clougher, Blake Barnett, William Shaner, and Derrick Anderson (collectively, the "Individual Defendants"), through their respective attorneys of record, representing all parties to this action, that this entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Bankruptcy Procedure 7041, with each party to bear its own costs, attorneys' fees, and expenses.

This stipulation may be executed in one or more separate counterparts, each of which, when so executed, shall be deemed to be an original. Digital and/or physical copies of said counterparts shall be effective as originals for all purposes.

Dated: November 29, 2018

| PACHULSKI STANG ZIEHL & JONES LLP | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| */s/ Colin R. Robinson* | */s/ Kevin J. Mangan* |
| Bradford J. Sandler (DE Bar No. 4142) | Kevin J. Mangan, Esq. |
| Robert J. Feinstein (admitted *pro hac vice*) | 222 Delaware Avenue |
| John A. Morris (admitted *pro hac vice*) | Suite 1501 |
| Colin Robinson (DE Bar No. 5524) | Wilmington, DE 19801 |
| 919 North Market Street, 17th Floor | Telephone: (302) 252-4361 |
| P. O. Box 8705 | Email: Kevin.Mangan@wbd-us.com |
| Wilmington, DE 19899 (Courier 19801) | |
| Telephone: (302) 652-4100 | Philip J. Mohr, Esq. |
| Facsimile: (302) 652-4400 | 300 North Green Street |
| E-mail:bsandler@pszjlaw.com | Suite 1900 |
| rfeinstein@pszjlaw.com | Greensboro, NC 27401 |
| jmorris@pszjlaw.com | Telephone: (336) 721-3577 |
| crobinson@pszjlaw.com | Email: pmohr@wcsr.com |

Counsel to Plaintiff, the Official Committee of
Unsecured Creditors

-and-

KIRKLAND & ELLIS LLP
Stephen C. Hackney, P.C. (admitted *pro hac vice*)
Richard U.S. Howell (admitted *pro hac vice*)
Jeffrey J. Lula (admitted *pro hac vice*)
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-7092
Email: stephen.hackney@kirkland.com
      richard.howell@kirkland.com
      jeffrey.lula@kirkland.com

*Counsel to Defendants Comvest Group*
*Holdings, LLC, Comvest Investment Partners*
*III, L.P., Comvest Investment Partners IV,*
*L.P., Comvest Haggen Holdings III, LLC,*
*Comvest Haggen Holdings IV, LLC, Comvest*
*Advisors, LLC Haggen Property Holdings,*
*LLC, Haggen Property South LLC, Haggen*
*Property North, LLC, Haggen Property*
*Holdings II, LLC, and Haggen SLB, LLC,*
*and John Caple, Cecilio Rodriguez, Michael*
*Niegsch, John Clougher, Blake Barnett,*
*William Shaner, and Derrick Anderson*