## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 15-11874 (KG) |
| HH LIQUIDATION, LLC, *et al.*, | ) Adv. Proc. No. 16-51204 (KG) |
| | ) Jointly Administered |
| Debtors. | ) |
| OFFICIAL COMMITTEE OF UNSECURED | ) |
| CREDITORS OF HH LIQUIDATION, LLC, *et al.*, | ) Civil Action No. 18-204 (RGA) |
| | ) |
| Appellant, | ) |
| | ) |
| - against - | ) |
| | ) |
| COMVEST GROUP HOLDINGS, LLC, *et al.*, | ) |
| | ) |
| Appellees. | ) |

### STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among Appellant, Official

Committee of Unsecured Creditors of HH Liquidation, LLC, et al. and Appellees Comvest

Group Holdings, LLC, Comvest Investment Partners III, L.P., Comvest Investment Partners IV,

L.P., Comvest Haggen Holdings III, LLC, Comvest Haggen Holdings IV, LLC, Comvest

Advisors, LLC, Haggen Property Holdings, LLC, Haggen Property South, LLC, Haggen

Property North, LLC, Haggen Property Holdings II, LLC, Haggen SLB, LLC, John Caple,

Cecilio Rodriguez, Michael Niegsch, John Clougher, Blake Barnett, William Shaner and Derrick

Anderson, through their respective attorneys of record, representing all parties to this action, that

this entire action be dismissed with prejudice pursuant to Federal Rule of Appellate Procedure

42(a) and Federal Rule of Bankruptcy Procedure 8023, with each party to bear its own costs,

attorneys' fees, and expenses.

This stipulation may be executed in one or more separate counterparts, each of which,

when so executed, shall be deemed to be an original.  Digital and/or physical copies of said

counterparts shall be effective as originals for all purposes.



Dated: January 23, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Bradford J. Sandler (DE Bar No. 4142)
Robert J. Feinstein (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Colin Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:bsandler@pszjlaw.com
rfeinstein@pszjlaw.com
jmorris@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to Appellant, the Official Committee
of Unsecured Creditors*

WOMBLE BOND DICKINSON (US) LLP

*/s/ Kevin J. Mangan*
Kevin J. Mangan, Esq. (DE Bar No. 3810)
1313 North Market Street
Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4361
Email: Kevin.Mangan@wbd-us.com

Philip J. Mohr, Esq.
300 North Green Street
Suite 1900
Greensboro, NC 27401
Telephone: (336) 721-3577
Email: pmohr@wcsr.com

-and-

KIRKLAND & ELLIS LLP
Stephen C. Hackney, P.C. (admitted *pro hac vice*)
Richard U.S. Howell (admitted *pro hac vice*)
Jeffrey J. Lula (admitted *pro hac vice*)
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-7092
Email: stephen.hackney@kirkland.com
    richard.howell@kirkland.com
    jeffrey.lula@kirkland.com

*Counsel to Appellees Comvest Group
Holdings, LLC, Comvest Investment Partners
III, L.P., Comvest Investment Partners IV,
L.P., Comvest Haggen Holdings III, LLC,
Comvest Haggen Holdings IV, LLC, Comvest
Advisors, LLC Haggen Property Holdings,
LLC, Haggen Property South LLC, Haggen
Property North, LLC, Haggen Property
Holdings II, LLC, and Haggen SLB, LLC,
and John Caple, Cecilio Rodriguez, Michael
Niegsch, John Clougher, Blake Barnett,
William Shaner, and Derrick Anderson*

SO ORDERED this 24 day of _January_, 2019.

The Honorable Richard G. Andrews
United States District Judge